No. 830. BRADY, ADMINISTRATRIX, *v.* SOUTHERN RAILWAY Co. May 3, 1943. It appearing that the judgment of the Supreme Court of North Carolina is a final judgment in view of the decisions of that Court called to our attention by the petition for rehearing, *Tussey* v. *Owen,* 147 N. C. 335, 337, 61 S. E. 180; *Hollingsworth* v. *Skelding,* 142 N. C. 246, 253, 55 S. E. 212, the petition for rehearing is granted and the order denying a writ of certiorari, 318

U. S. 792, is vacated. The petition for writ of certiorari to the Supreme Court of North Carolina is granted. *Mr. Julius C. Smith* for petitioner. *Messrs. Russell M. Robinson* and *S. R. Prince* for respondent.